**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**AJAY HARSHADBHAI PATEL,**
6800 Ashworth Rd., Unit 604
West Des Moines, IA 50266

**JALPA ARVINDBHAI PATEL,**
6800 Ashworth Rd., Unit 604
West Des Moines, IA 50266

**VIRGO, INC.**, a Pennsylvania corporation,
333 North Oxford Valley Rd.
Fairless Hills, PA 19030

Plaintiffs,

**vs.**

**JEH JOHNSON**, Secretary,
Department of Homeland Security,
Washington, DC 20528

**LEON RODRIGUEZ**, Director of the United States Citizenship and Immigration Services,
20 Massachusetts Avenue, NW
Washington, DC 20529

**MARK J. HAZUDA**, Director of the United States Citizenship and Immigration Services' Nebraska Service Center,
850 S Street
Lincoln, NE 68508

**COMPLAINT**

**CIVIL CASE NO.**

**ADAM F. AIRHART-SWANSON** )
Field Office Director )
United States Citizenship and )
Immigration Services )
Des Moines Field Office )
201 Walnut Street, Suite 215 )
Des Moines, IA 50309 )
)
Defendants. )
____________________________________________)

**COMPLAINT**

**DESCRIPTION OF ACTION**

1. This is an action brought by plaintiffs, Ajay Harshadbhai Patel, A089022709, and Virgo, Inc., against the defendants to compel a decision on Mr. Patel's motion to reopen the denial of his application for adjustment of status, which has been pending with the United States Citizenship and Immigration Services since approximately September 11, 2013.

**JURISDICTION**

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq*., all

laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, Ajay Harshadbhai Patel, Alien Number A089022709, is a citizen of India, lawfully residing in the United States as an H-1B nonimmigrant pursuant to 8 U.S.C. § 1101(a)(15)(H)(i)(B), and a resident of the State of Iowa.

4. The plaintiff, Jalpa Arvindbhai Patel, Alien Number A089022710, is a citizen of India, lawfully residing in the United States as an H-4 nonimmigrant pursuant to 8 U.S.C. § 1101(a)(15)(H)(iii), and a resident of the State of Iowa.

5. The plaintiff, Virgo, Inc., is a Pennsylvania corporation with its principal place of business in Buck County, Pennsylvania.

6. The defendant, Jeh Johnson, is the Secretary of Homeland Security, and as such has the authority to adjudicate applications for adjustment of status and motion to reopen the same. He resides for official purposes in the District of Columbia.

7. The defendant, Leon Rodriguez, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates applications for adjustment of status and motions to reopen the same. He resides for official purposes in the

District of Columbia.

8. The defendant, Mark J. Hazuda, is the Director of the Nebraska Service Center of the United States Citizenship and Immigration Services, where plaintiff's application for adjustment of status is believed to be currently pending. He resides for official purposes within the State of Nebraska.

9. The defendant, Adam F. Airhart-Swanson, Field Office Director**,** United States Citizenship and Immigration Services**,** Des Moines Field Office, resides for official purposes in the state of Iowa.

## BRIEF STATEMENT OF RELEVANT FACTS

10. On September 20, 2007, Ajay Harshadbhai Patel and Jalpa Arvindbhai Patel both filed a Form I-485, Application to Register Permanent Residence or to Adjust Status, with the USCIS for the purpose of adjusting their immigration status to that of alien lawfully admitted for permanent residence under Section 245 of the Immigration and Nationality Act, 8 U.S.C. §1255. These applications were assigned file numbers SRC0727856405 and SRC0727856488, respectively.

11. These applications were premised in material part upon a Petition for Immigrant Worker (form I-140) filed by Virgo, Inc. upon behalf of Ajay Harshadbhai Patel, for the purpose of employing him as a Programmer Analyst.

12. On August 9, 2013 these applications were both denied on the grounds

that Ajay Harshadbhai Patel and Jalpa Arvindbhai Patel were inadmissible to the United States under Section 212(a)(6)(C)(i) of the Immigration and Nationality Act, 8 U.S.C. § 1182(a)(6)(C)(i) as persons "who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has sought to procure or has procured) a visa, other documentation, or admission into the United States or other benefit provided under this chapter (12 of Volume 8 of the United States Code, or the "Immigration and Nationality Act") …" because they had supposedly provided "false information to obtain public assistance in the United States".

13. A finding of inadmissibility under Section 212(a)(6)(C)(i) of the Immigration and Nationality Act, 8 U.S.C. § 1182(a)(6)(C)(i) renders the plaintiffs removable and permanently bars them from reentering the United States in any status whatsoever.

14. On approximately September 11, 2013 the plaintiff Ajay Harshadbhai Patel filed a Form I-290B, Notice of Appeal or Motion, which was file number SRC139409536, to reopen his application for adjustment of status on the grounds that regardless of whether they actually provided false information for the purpose of obtaining public assistance, public assistance is not a visa, other documentation, or admission into the United States or other benefit provided under the Immigration and Nationality Act.

15. Consequently, Ajay Harshadbhai Patel asked the USCIS to vacate the

denial of his application for adjustment of status finding him permanently inadmissible to the United States and to *sua sponte* vacate the denial of his wife, Jalpa Arvindbhai Patel's application, which was premised upon the same claim.

16. On approximately December 12, 2013 the USCIS issued a notice indicating that "to speed up processing" it had transferred Mr. Patel's motion to its Nebraska Service Center.

17. Since then, despite repeated inquiries, the plaintiffs have received no further information regarding the pendency of this matter.

18. Although the USCIS does not publish processing times for motion to reopen, it has been reported that it will normally take about 3 months to adjudicate a motion to reopen.

**COUNT I**

19. Defendant Jeh Johnson, Secretary of Homeland Security, Defendant Leon Rodriguez, Director of the United States Citizenship and Immigration Services, Mark J. Hazuda, Director of the United States Citizenship and Immigration Services' Nebraska Service Center, and Adam F. Airhart-Swanson, Field Office Director**,** United States Citizenship and Immigration Services' Des Moines Field Office, are each and all officers or employees of the United States Department of Homeland Security.

20. Defendant Jeh Johnson, Secretary of Homeland Security, Defendant Leon Rodriguez, Director of the United States Citizenship and Immigration Services, Defendant Mark J. Hazuda, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, and Adam F. Airhart-Swanson, Field Office Director**,** United States Citizenship and Immigration Services’ Des Moines Field Office, the predecessors and successors, each and all owe a duty to the Plaintiff to adjudicate his application for adjustment of status within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

21. The over 18 months in which this application has been pending with Defendant Jeh Johnson, Secretary of Homeland Security, Defendant Leon Rodriguez, Director of the United States Citizenship and Immigration Services, Defendant Mark J. Hazuda, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, and Adam F. Airhart-Swanson, Field Office Director**,** United States Citizenship and Immigration Services’ Des Moines Field Office, their predecessors and/or successors, is well beyond the time which these officers or employees reasonably require to adjudicate it.

22. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiffs.

23. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court find that an adjudication of Ajay Harshadbhai's application for adjustment of status has been unreasonably delayed and compel Defendant Jeh Johnson, Secretary of Homeland Security, Defendant Leon Rodriguez, Director of the United States Citizenship and Immigration Services, Defendant Mark J. Hazuda, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, and Adam F. Airhart-Swanson, Field Office Director**,** United States Citizenship and Immigration Services' Des Moines Field Office, their predecessors and successors, to adjudicate the Plaintiff's application for adjustment of status in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this 12th day of April, 2015.

s/ Michael E. Piston

Michael E. Piston (MI0002)
Attorney for Plaintiff
Piston & Carpenter P.C.
314 Town Center Drive
Troy, MI 48084
(248) 680-0600
(248) 680-0627 facsimile
Email: michael@piston.net